**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION AT SANTA ANA**

| | |
|---|---|
| RICARDO ALEXANDER OCAMPO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NOR-CAL BEVERAGE CO., INC., a California corporation with its principal place of business in California, and DOES 1 to 100, inclusive<br><br>Defendants. | **CASE NO:** 8:22−cv−00023−DOC−DFM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND [12]**<br><br><u>Hearing</u><br>Date: March 28, 2022<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. David O. Carter |

    Plaintiff RICARDO ALEXANDER OCAMPO's Motion to Remand ("Motion") was set for hearing on March 28, 2022. After all the arguments of counsel, and considering the papers submitted in support of the Motion, in light of the fact that the Motion for Remand was not opposed by the Defendant, and good cause appearing, IT IS ORDERED THAT Plaintiff's Motion be granted in its entirety. This action is hereby remanded to the Superior Court of the State of California for the County of Orange

    IT IS SO ORDERED.

DATED:  March 24, 2022          *David O. Carter*
                                    DAVID. O. CARTER
                                    U.S. District Judge